Christopher J. Reichman  SBN 250485
PRATO & REICHMAN, APC
3675 Ruffin Rd., Suite 220
San Diego, California 92123
Telephone: (619) 683-7971
chrisr@prato-reichman.com

Attorney for Plaintiff
PAUL SAPAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SAPAN, individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>vs.<br><br>DIAMOND RESORTS HOLDINGS, LLC,<br><br>Defendants. | **Case No: 8:23-cv-00147-DOC-ADS**<br><br>**NOTICE OF SETTLEMENT; REQUEST COURT TO RETAIN JURISDICTION UNTIL JANUARY 15, 2023**<br><br>Judge: Hon. David O. Carter |

Comes now Plaintiff PAUL SAPAN, to notify the Court pursuant to Local Rule 16-15.7 that the parties have reached private settlement of the material issues in dispute in the above captioned case.

The parties plan to file a Joint Motion To Dismiss The Entire Case With Prejudice no later than January 15, 2024, because the terms of the settlement require an undertaking in the first week of January. Therefore, we request the Court retain jurisdiction until January 15, 2023. The Parties will file a request for dismissal with prejudice upon final settlement at or before that time.

DATED: October 12, 2023                                **PRATO & REICHMAN, APC**

/s/ Christopher J. Reichman  
Christopher J. Reichman,  
Attorney for Plaintiff,  
Paul Sapan, and the putative class

# CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing instrument was served upon all counsel of record in the above entitled and numbered cause on the date below.

__X__ Via ECF

Roy Taub, Esq.
Roy.taub@gmlaw.com
Greenspoon Marder LLP
200 East Broward Boulevard, Suite 1800
Fort Lauderdale, FL  33301

DATED: October 12, 2023                **PRATO & REICHMAN, APC**

                                                                         /s/ Christopher J. Reichman
                                                                         By: Christopher J. Reichman, Esq.
                                                                         Prato & Reichman APC
                                                                         Attorneys for Plaintiff
                                                                         PAUL SAPAN