**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAUL SAPAN, individually and on Behalf of All Others Similarly Situated,<br><br>           Plaintiff,<br>vs.<br><br>DIAMOND RESORTS HOLDINGS, LLC,<br><br>           Defendants. | Case No.: 8:23-cv-00147-DOC-ADS<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE [45]** |

//

//

# ORDER

The Court, having considered the Parties' Stipulation of Dismissal, hereby ORDERS that:

     1.  Plaintiff's individual claims in the above-captioned action are dismissed with prejudice;

     2.  The claims of the putative class members in the above-captioned action are dismissed without prejudice;

     3.  Each party is to bear its own fees and costs; and

     4.  The Court retains jurisdiction to enforce the Parties' settlement agreement.

**IT IS SO ORDERED.**

Dated: January 19, 2024

Honorable David O. Carter
United States District Judge

ORDER GRANTING DISMISSAL WITH PREJUDICE