# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SAPAN, individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br> vs.<br><br> JG BUILDERS, INC., *et. at.*<br><br>             Defendants. | Case No.: 8:23-cv-02124-JWH-KES<br><br><br>**[PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE**<br><br><br>**Honorable John W. Holcomb** |

- 1 -

# [PROPOSED] ORDER

The Court, having considered the Parties' Stipulation of Dismissal, hereby ORDERS that:

1. Plaintiff's individual claims in the above-captioned action are dismissed with prejudice;

2. The claims of the putative class members in the above-captioned action are dismissed without prejudice;

3. Each party is to bear its own fees and costs; and

4. The Court retains jurisdiction to enforce the Parties' settlement agreement.

**IT IS SO ORDERED**.

DATED: _____          _____
                                Hon. John W. Holcomb
                                United States District Court Judge

[proposed] Order